UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

            Plaintiff,

v.

MICHAEL ROBERT CLARY,

            Defendant.

Case No. CR05-385-JCC

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

### INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 3, 2013. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Michael J. Lang, and defendant was represented by Suzanne Elliot. Also present was U.S. Probation Officer Calvin Bouma. The proceedings were digitally recorded.

### SENTENCE AND PRIOR ACTION

Defendant was sentenced on May 26, 2006, by the Honorable John C. Coughenour for Felon in Possession of Firearms and False Statement in Connection with Acquisition of Firearm. He received 64 months of detention and 3 years of supervised release.

### PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 17, 2012, U.S. Probation Officer Calvin Bouma alleged that

defendant violated the following conditions of supervised release:

1. Using alcohol in violation of the special condition stating that he shall abstain from the use of alcohol and/or other intoxicants.
2. Committing the crime of Assault in violation of the standard condition that he not commit another federal, state, or local crime.

### FINDINGS FOLLOWING EVIDENTIARY HEARING

The government withdrew violation 2. Defendant admitted to violation 1, waived any hearing as to whether it occurred, and was informed the matter would be set for a disposition hearing February 18, 2014, 9:00 a.m. before District Judge John C. Coughenour.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 3rd day of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge